# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-1719

_____

Kenneth L. Smith, Jr.

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: October 5, 2016
Filed: October 11, 2016
[Unpublished]

_____

Before SMITH, BENTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Kenneth L. Smith, Jr., appeals from the decision of the district court[1] affirming an administrative law judge's decision denying him disability insurance benefits.

_____

[1]The Honorable Ronnie L. White, United States District Judge for the Eastern District of Missouri.

Having carefully reviewed the record before us and the parties' submissions on appeal, we conclude that substantial evidence on the record as a whole supports the adverse decision.  <u>See</u> <u>Johnson v. Colvin</u>, 788 F.3d 870, 872 (8th Cir. 2015) (substantial evidence is that which reasonable mind would accept as adequate to support Commissioner's decision).  The judgment of the district court is affirmed.

_____